# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0005, A20I0004. QUINCY JOHN DIBENARDO v. THE STATE (two cases).

Quincy John Dibenardo filed an application for interlocutory appeal in the Supreme Court, which was granted, and an appeal was filed. On June 3, 2019, the Supreme Court entered an order dismissing the direct appeal, vacating its grant of the interlocutory application, and transferring the application to the Court of Appeals. The case was initially docketed as Case Number A19I0270, which was granted on July 11, 2019. Thereafter, the case was improperly docketed as a direct appeal, Case Number A20A0005, and a second interlocutory application, Case Number A20I0004. Because the latter cases were docketed in error, Case Numbers A20A0005 and A20I0004 are hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/20/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The dismissal of Case Numbers A20A0005 and A20I0004 has no bearing on our order granting Case Number A19I0270.